## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NARAT KIM, | : | |
| Petitioner, | : | CIVIL ACTION |
| v. | : | NO. 18-3380 |
| MARK GARMAN, et al., | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this _23rd_ day of July, 2020, upon consideration of the Petition for Writ of Habeas Corpus (Doc. 1), Respondents' Reply thereto (Doc. 10), the Report and Recommendation of United States Magistrate Judge Richard Lloret (Doc. 12), and Petitioner's Objections to the Report and Recommendation (Doc. 17), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**;

3. There is no basis for the issuance of a certificate of appealability; and

4. The Clerk of Court shall mark this case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J**